IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )     NO.    12-CR-1486 RB
                                    )            16-CV-632 RB/WPL
       vs.                          )
                                    )
**JASON LEWIS GRESHAM**,            )
                                    )
              Defendant.            )

ORDER GRANTING STAY

THIS MATTER having come before the court on the written motion of the United States

of America for a stay of these proceedings, and the Court, being fully advised in the premises,

finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that further proceedings in this case shall be STAYED

until the United States Supreme Court issues an opinion in *Beckles v. United States* (S. Ct. No.

15-8544).


_____
UNITED STATES MAGISTRATE JUDGE